UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HON. PATRICK J. DUGGAN
CIVIL NO. 08-13466

LIGHTHOUSE GALLERIES, LLC, ET.AL,
    Plaintiff(s),

-v-

THE THOMAS KINKADE CO., ET.AL,
    Defendant(s).
_____/

## ORDER SETTING ASIDE ORDER TO SHOW CAUSE

At a session of said court, held in the
United States Courthouse, in the City of
Detroit, State of Michigan, on <u>September 2, 2008.</u>

PRESENT: THE HONORABLE PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

This Court having issued an Order to Show Cause for lack of subject matter jurisdiction and the Plaintiff having filed a Response, therefore;

IT IS ORDERED that the Court's Order to Show Cause for lack of subject matter jurisdiction be and the same is hereby SET ASIDE.

        s/Patrick J. Duggan
        Patrick J. Duggan
        United States District Judge

Dated: September 2, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 2, 2008, by electronic and/or ordinary mail.

        s/Marilyn Orem
        Case Manager